USDA-FmHA  
Form FmHA 1944-7  
(Rev. 11-29-82)

FORM APPROVED  
OMB NO. 0575-0047

State: FLORIDA  
County: SANTA ROSA

## INTEREST CREDIT AND RENTAL ASSISTANCE AGREEMENT

Type of Loan: ☒ RRH  ☐ RCH  ☐ LH  
Loan Code: 84-01  
Case Number: 09-57-25261901

1. This Agreement to be effective on THE FIRST day of DECEMBER, 19 84, between the United States of America, acting through the Farmers Home Administration pursuant to Section 521 of the Housing Act of 1949, (herein called "the Government") and DEER RUN VILLAS, LTD.

   (herein called "Borrower") supplements a promissory note in the principal amount of $ $535,750.00,

   dated JUNE 19, 1984 which was drawn in ☐ a single advance ☒ multiple advances.

2. Subject to the provisions of this Agreement, the Government will compute interest on the borrower's account at the rate specified for the plan of operation selected below:

   ☐ PLAN I.  The effective interest rate is three (3) percent plus surcharge as determined by the Government formula or procedure based on the income of the family.

   ☐ SECTION 8.  For non-profit or limited profit type operation with a HUD Section 8 Housing Assistance Payment Contract in effect on ALL of the units in the project.

   The effective interest rate is ___1.0___ percent as determined by the Government formula or procedure based on market and contract rental rates.

   ☒ PLAN II.  For nonprofit and limited profit type operation with or without a HUD Section 8 Housing Assistance Payments contract in effect on a part of the units in the project.  
   The effective interest rate is one (1) percent plus all rental income over basic rent as determined by the Government formula or procedure for the program.

   ☐ PLAN II RA.  For nonprofit and limited profit type operations utilizing the Rental Assistance Payments Program. The Government agrees to credit the account or make a cash payment to the borrower in accordance with Government formula and procedure for the program.

   ☐ PLAN RA.  For labor housing loans, direct RRH loans and insured RRH loans approved prior to August 1, 1968, utilizing the Rental Assistance Payments Program.  
   The Government agrees to credit the account or make a cash payment to the borrower in accordance with Government formula and procedure for the program.

3. Borrower shall submit to the Government, as required by the Government in form prescribed or approved by it, proof of borrower's income and expenses for the previous calendar year or other designated periods, and any information on the family size and income of the occupants of the housing financed with the loan evidenced by the note.

4. If the Government should determine that the borrower has defaulted under any terms or conditions of this Agreement, the note, borrower's related Loan Resolution, and supplementary or related agreements, or any related security instrument, or violates any program regulations, at its option the Government may suspend or terminate this Agreement as of any specified date following the default.

5. No credit to the borrower's account provided for in paragraph 2 shall be made following any termination date specified pursuant to paragraph 4.

6. The Government shall credit annually or more often to a borrower's account, and/or pay the borrower in case of rental assistance, including periods of default when determined to be in the Government's best interest, amounts equal to the difference between the payment that would be required in accordance with the terms of the note and the payment required under a formula and procedure prescribed by the Government.

7. No terms or conditions of the note or any related security or other instrument shall be affected by this Agreement except as expressly set forth herein.

8. This Agreement is subject to the present regulations of the Farmers Home Administration, and to its future regulations not inconsistent with the express provisions hereof.

9. Upon request, the borrower will permit representatives of FmHA (or other agencies of the Department of Agriculture authorized by the Department) to inspect and make copies of any records of borrower pertaining to FmHA loans and this Agreement.

10. If the borrower has received any excessive credit or payment, in addition to any rights of recovery, the Government may deduct the amount from any subsequent credit or payment.

---

No further monies or other benefits may be paid out under this program unless this report is completed and filed as required by 7 CFR 1944-E.

Form is needed by FmHA to implement interest credit for RRH, RCH and LH loans.

Est. time for completion . . . . . . 15 minutes  
No. of copies required . . . . . . Original & 2

Position 2

(CORPORATE SEAL)

_____
(SIGNATURE OF ATTESTING OFFICIAL)

_____
(TITLE OF ATTESTING OFFICIAL)

12-10-84
(DATE OF EXECUTION)

Deer Run Villas LTD
(NAME OF BORROWERS)

Ralph Carum, G.P.
(SIGNATURE & TITLE OF EXECUTIVE OFFICIAL)

Rt. 3 Box 291
(P.O. BOX OR STREET ADDRESS)

Milton Fla. 32570
(CITY, STATE, AND ZIP CODE)

UNITED STATES OF AMERICA
FARMERS HOME ADMINISTRATION

By _____

District Director
(TITLE)

☆U.S.GPO:1983-0-664-007/1579