USDA-FmHA  
Form FmHA 1944-7  
(Rev. 4-86)

**MULTIPLE FAMILY HOUSING**  
**INTEREST CREDIT AND RENTAL ASSISTANCE AGREEMENT**

FORM APPROVED  
OMB NO. 0575-0047

INSTRUCTIONS – TYPE IN CAPITALIZED ELITE TYPE IN SPACES MARKED ( |___| )

| 1. BORROWER CASE NUMBER | 2. PROJECT NUMBER (MFH Only) | 3. LOAN NUMBER |
|---|---|---|
| 09 057 0592 48 3769 | 014 | 02 |

| 4. TYPE OF LOAN | 5. EFFECTIVE DATE OF AGREEMENT | 6. INTEREST CREDIT PLAN CODE |
|---|---|---|
| RRH | 12 01 94 | 2 — 1-Plan I   6-Plan RA / 2-Plan II   7-Section 8 (1%) / 5-Plan II RA   8-Section 8 (2%) |

| 7. EFFECTIVE INTEREST RATE (Section 8 Plan Code Only) | 8. REDUCED LOAN PAYMENT | 9. SUBSIDY CREDIT |
|---|---|---|
| . | 115.89 | 192.14 |

10. This Agreement between the United States of America, acting through the Farmers Home Administration pursuant to Section 521 of the Housing Act of 1949, (herein called "the Government") and **DEER RUN VILLAS, LTD.** _____ (herein called "Borrower") supplements a **Promissory Note** in the principal amount of $ **54,629.87*** , at **Six and one-half** percent( **6.5** %) interest, dated **November 29, 1994** which was drawn in [X] a single advance [ ] multiple advances.

11. The Government shall compute interest on the borrower's account at the promissory note rate.

12. Subject to the provisions of this Agreement the Government will credit $ **192.14** _____ subsidy, less surcharge/overage, to the borrower's account when each MONTHLY payment is made. The borrower's subsidized payment shall be $ **115.89** _____ plus surcharge/overage.

13. Borrower shall submit to the Government, as required by the Government in form prescribed or approved by it, proof of borrower's income and expenses for the previous calendar year or other designated periods, and any information on the family size and income of the occupants of the housing financed with the loan evidenced by the note.

14. If the Government should determine that the borrower has defaulted under any terms or conditions of this Agreement, the note, borrower's related Loan Resolution/Agreement, and supplementary or related agreements, or any related security instrument, or violates any program regulations, at its option the Government may suspend or terminate this Agreement as of any specified date following the default.

15. No credit to the borrower's account provided for in paragraph 12 shall be made following any termination date specified pursuant to paragraph 14.

16. The Government shall credit the borrower's account, or pay the borrower rental assistance, including periods of default when determined to be in the Government's best interest, amounts equal to the difference between the payment required in paragraph 12 above and the payment required under a formula and procedure prescribed by the Government.

17. No terms or conditions of the note or any related security or other instrument shall be affected by this Agreement except as expressly set forth herein.

18. This Agreement is subject to the present regulations of the Farmers Home Administration, and to its future regulations not inconsistent with the express provisions hereof.

19. Upon request, the borrower will permit representatives of FmHA (or other agencies of the Department of Agriculture authorized by the Department) to inspect and make copies of any records of borrower pertaining to FmHA loans and this Agreement.

20. If the borrower has received any excessive credit or payment, in addition to any rights of recovery, the Government may deduct the amount from any subsequent credit or payment.

21. If the Government should determine that the subsidy is no longer needed for the benefit of the tenants, at its option the Government may upon written notice suspend, modify or terminate this agreement as of any specific date.

The information required by this form is collected and used by FmHA to ensure that the borrower is complying with limited or non-profit loan requirements and other agreements referenced herein. Executing this agreement is required to obtain a benefit.

*$54,620.00 plus $9.8619 Capitalized Interest

Position 2



G

| | |
|---|---|
| (CORPORATE SEAL) | DEER RUN VILLAS, LTD.<br>(NAME OF BORROWERS)<br>BY: *[signature]*<br>RALPH S. CARVER, General Partner<br>(SIGNATURE & TITLE OF EXECUTIVE OFFICIAL) |
| _____<br>(SIGNATURE OF ATTESTING OFFICIAL) | |
| _____<br>(TITLE OF ATTESTING OFFICIAL) | 119 Lambert Street   (P.O. BOX OR STREET ADDRESS)<br>Milton, FL  32570<br>(CITY, STATE, AND ZIP CODE) |
| | UNITED STATES OF AMERICA<br>FARMERS HOME ADMINISTRATION<br>By *[signature]*<br>CHARLES G. JOHNSON<br>District Loan Specialist<br>(TITLE) |
| November 29, 1994<br>(DATE OF EXECUTION) | |

★U.S.GPO:1985-0-564-013/14092