

**Florida/Virgin Islands**
932 N. Ferdon Blvd.
Crestview, FL 32536

**Crestview Area Office**
Telephone: 850-682-2416
Fax: 850-682-0096
Fax: 850-682-8731
TDD: 352-338-3499
www.rurdev.usda.gov/fl

January 5, 2012

**SENT REGULAR AND**
**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

S. Ellen Carver f/k/a S. Ellen Blue
**Deer Run Villas, Ltd.**
PO Box 644
Milton, FL 32572

SUBJECT: **NOTICE OF ACCELERATION OF YOUR DEBT TO RURAL DEVELOPMENT, DEMAND FOR PAYMENT OF THE DEBT, AND NOTICE OF YOUR OPPORTUNITY TO HAVE A HEARING CONCERNING THIS ACTION – DEER RUN VILLAS, LTD.**

Sir or Ma'am:

PLEASE TAKE NOTE that the entire indebtedness due on the promissory note(s) and/or assumption agreement(s) which evidence the loan(s) received by you from the United States of America, acting through Rural Development, United States Department of Agriculture, (formerly known as Farmers' Home Administration) is now declared immediately due and payable. The loan(s) are described as follows:

| DATE OF INSTRUMENT | AMOUNT |
|---|---|
| 6/29/1984 | $ 535,750.00 |
| 11/29/1994 | $ 54,620.00 |
| | |

The promissory note(s) is secured by real estate mortgage(s) described as follows:

Recorded In:

| DATE OF INSTRUMENT | PLACE OF RECORDATION | BOOK NO. | PAGE NO. |
|---|---|---|---|
| 6/29/1984 | Santa Rosa County, FL | 692 | 775 |
| 11/29/1994 | Santa Rosa County, FL | 1448 | 982 |
| | | | |

This acceleration of your indebtedness is made in accordance with the authority granted in the above-described real estate instrument(s).

Committed to the future of rural communities

"USDA is an equal opportunity provider, employer and lender."
To file a complaint of discrimination write USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W..,
Washington, DC 20250-9410 or call (800 795-3272 (voice) or (202) 720-6382 (TDD).

The reason(s) for this acceleration of your indebtedness is (are) as follows:

> Unauthorized Loans/"Equity Skimming" made from the projects to Carver Management, $21,602.00.
>
> Improper Return on Investments paid (improperly from the reserve account, without RD countersignature), $34,414.87.

**The indebtedness due is $540,248.78 unpaid principal, $591.21 unpaid interest, as of January 5, 2012** plus additional interest accruing at the rate of **$155.41** per day thereafter, plus any advances to be made by the United States for the protection of its security and interest accruing on any such advances. Unless full payment of your indebtedness is received and all actions as outlined in the attachment entitled "Tenant Protection Actions" are taken within 30 days of the date of this letter, the United States will take action to foreclose the above described real estate instrument, take possession of any project accounts, suspend any rental assistance, cancel any interest credit, notify tenants that foreclosure will be pursued, and pursue any other available remedies. Project rent rate levels shall not be increased due to loss of subsidies.

The RD Servicing Office should be contacted immediately to discuss the steps to take to remedy the deficiencies in the account or pay the loan in full. Payment should be made by cashier's check, certified check, or postal money orders to the order of Rural Development, 932 N. Ferdon Blvd., Crestview, Florida 32536. If you do not comply with all requirements to prepay, or do not submit to the United States any payment sufficient to pay the entire indebtedness, or comply with any arrangements agreed to between Rural Development and yourself, the action or payment <u>WILL NOT CANCEL</u> the effect of this notice. Acceptance of such payment will be subject to agency regulations governing payments in full and the provisions of the Housing and Community Development Act of 1987. Such provisions normally require restrictive-use covenants be placed in effect at the time of the prepayment. If insufficient payments are received and credited to your account, or payment without tenant displacement protection actions are accepted, no waiver or prejudice of any rights which the United States may have for breach of any promissory note or covenant in the real estate instrument will result, and Rural Development may proceed as though no such payment had been made.

> The above-described real estate instrument provides that the United States may foreclose without Court action by selling the real estate at public sale after (a minimum of 180 days). The Government intends to sell the property in this manner. No further notice is required to be given you concerning this foreclosure.

However, you have the opportunity to have an informal meeting with the decision maker (the undersigned) and/or an administrative appeal hearing before the foreclosure takes place. This is an opportunity to discuss why you believe the United States is in error in accelerating your account(s) and proceeding with foreclosure.

If you request an informal meeting with the decision maker or have any questions concerning the decision and/or facts used in making our decision, you should contact this office in writing to request a meeting. The request for an informal meeting must be sent to the undersigned no later than **January 20, 2012**. Requests which are postmarked by the US Postal Service on or before that date will be considered as timely received.

**Committed to the future of rural communities**

*"USDA is an equal opportunity provider, employer and lender."*
To file a complaint of discrimination write USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W..,
Washington, DC 20250-9410 or call (800 795-3272 (voice) or (202) 720-6382 (TDD).

You also have the right to an administrative appeal hearing with a hearing officer in lieu of, or in addition to, a meeting with this office. If you request an informal meeting with the decision maker, and the meeting does not result in a decision in which you concur, you will be given a separate timeframe in which to submit your request for an administrative appeal. See the attachment for your appeal rights.

If you do not wish to have an informal meeting with the decision maker as outlined above, you may request an administrative appeal hearing with a member of the National Appeals Staff. The request for an administrative appeal must be sent to the National Appeals Staff, Area Supervisor, no later than 30 days from the date of this notice in writing, at the following address:

> United States Department of Agriculture
> National Appeals Division
> Southern Regional Office
> Post Office Box 1508
> Cordova, TN 38088

Requests which are postmarked by the US Postal Service on or before that date will be considered as timely received. If requesting an administrative appeal, please include a copy of this letter with your request.

If you fail to comply with the requirements outlined herein, the United States plans to proceed with foreclosure.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, handicap, or age (provided that the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with the law concerning this creditor is the Federal Trade Commission, Equal Credit Opportunity, Washington DC 20580.

UNITED STATE OF AMERICA

BY: *[signature]*

DIANE B. COLLAR
Area Director
Rural Development

ATTACHMENT:   Exhibit B-1 of RD Instruction 1900-B
"Appeal Rights Attachment"
Tenant Protection Actions

CC:   Southwind Management Services, Inc.
USDA – RD State Office, Attn: MFH Section
National Office, Attn: MFH/PDM

Committed to the future of rural communities

"USDA is an equal opportunity provider, employer and lender."
To file a complaint of discrimination write USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W..,
Washington, DC 20250-9410 or call (800 795-3272 (voice) or (202) 720-6382 (TDD).

## TENANT PROTECTION ACTIONS

(1) Provide the RD Servicing Office with a current list of all tenants showing their adjusted incomes. The RD Servicing Office will:

   a. Notify tenants that the project is being prepaid;
   b. Send eligible tenants in the project Letters of Priority Entitlement (LOPE), for priority placement in other RD projects.

(2) Extent all tenant leases for 180 days after the date the accelerated loan was paid off at the same rental rates and terms that were in effect on the day of the acceleration. (If the tenant is receiving RA, the tenant' share of the rent will be reflected on the lease).

(3) Execute restrictive use provisions, as appropriate, for incorporation into release of security instruments to be filed. (If the loan was made prior to December 21, 1979, no restrictive-use provisions will be included in the releases of security instruments, *unless* less that one year has elapsed since the date the borrower had submitted a request to prepay the loan(s) under the provisions of RD Instruction 1965-E.) (NOTE: Any tenants or applicants for occupancy protected by these restrictions may not have total shelter costs (rent and utilities) raised above 30 percent of adjusted income or current shelter costs, whichever is higher.) If the loan on this project to build or acquire new units was made on or after December 15, 1989, the restrictive-use provisions will remain for the term of the loan.

Committed to the future of rural communities

*"USDA is an equal opportunity provider, employer and lender."*
*To file a complaint of discrimination write USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W..,*
*Washington, DC 20250-9410 or call (800 795-3272 (voice) or (202 720-6382 (TDD).*

ATTACHMENT 1-B

## ATTACHMENT TO LETTER NOTIFYING CUSTOMERS OF AN ADVERSE DECISION THAT IS APPEALABLE

The decision described in the attached letter did not grant you the assistance you requested or will terminate or reduce the assistance you are currently receiving. If you believe this decision or the facts used in this case are in error, you may pursue any or all of the following three options.

**Option 1 -- Informal Review**

If you have questions concerning this decision or the facts used making it and desire further explanation, you may write this office to request an informal review. *There is no cost for an informal review.* This written request must be received no later than 15 calendar days from the date of the attached letter. You must present any new information, evidence, and possible alternatives along with your request. You may also have a representative or legal counsel participate in the process, at your cost. The informal review may be conducted by telephone or in person, at the discretion of the Agency. Please include a daytime phone number in your request to arrange for the review. You may skip this step in the informal process and select one of the following two options. If you do, you will automatically waive your right to an informal review.

**Option 2- Mediation or Alternative Dispute Resolution (ADR)**

You have the right to request mediation or other forms of alternative dispute resolution (ADR) for the issues that are available for mediation. If you elect to seek mediation or ADR, your written request for this service must be sent to the Rural Development State Director listed below and must be postmarked no later than 30 days from the date of the attached letter.

Florida has a USDA-sponsored mediation program known as the Florida Agricultural Mediation Service. *This service is available to you at no cost.* Once we have received your request in writing, you will be advised of the process and procedures for this service including the name or names of mediators. You will be advised directly by the mediation or ADR source if they can mediate your case. Once you request mediation or ADR, it stops the running of the 30-day period in which you may request an appeal (described in Option 3). If mediation or ADR does not result in resolution of these issues, you have the right to continue with a request for an appeal hearing as set forth in Option 3.

Committed to the future of rural communities.

"USDA is an equal opportunity provider, employer and lender."
To file a complaint of discrimination write USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, DC 20250-9410 or call (800) 795-3272 (voice) or (202) 720-6382 (TDD).

When mediation or ADR is concluded, you will be notified of the result and the number of days remaining to request an appeal, if applicable. If you request mediation or ADR prior to filing for an appeal, the number of days you will have to request an appeal will be 30 days from the adverse decision minus the number of days you took to request mediation. Mediation or ADR does not take the place of, or limit your rights to, an appeal to the National Appeals Division (NAD); however, an NAD appeal hearing would take place after mediation or ADR. You may skip mediation or ADR and request an appeal hearing. However, in doing so, you will automatically waive your rights to an informal meeting, mediation, or ADR.

Rural Development State Director address:  USDA, Rural Development
ATTN: Barbara A. Davis
Alternative Dispute Coordinator
4440 NW 25th Pl. (32606)
P. O. Box 147010
Gainesville, FL 32614-7010

### Option 3 – Request an Appeal

You may request an appeal hearing by the National appeals Division (NAD) rather than an informal review, mediation, or ADR. *There is no cost for an appeal.* Your request for an appeal must be made no later than 30 days from the date you receive the attached letter. You must write the Assistant Director, NAD, for your region at the following address:

NAD Assistant Director address:    National Appeals Division
P. O. Box 1508
Cordova, TN 38088-1508

Your request for an NAD hearing must state the reasons why you believe the decision is wrong, be personally signed by you, and must include a copy of the attached letter. A copy of your request must also be sent to the Rural Development State Director at:
USDA, Rural Development
4440 NW 25th Pl. (32606)
P. O. Box 147010
Gainesville, FL 32614-7010

You have a right to an appeal hearing within 45 days of the receipt of your request. You or your representative or counsel may contact this office anytime during regular office hours in the 10 days following receipt of your request for a hearing to examine or copy relevant non-confidential material in your file. Photocopies will be provided to you. Your representative or counsel should have your written authorization to represent you and review your file.

Committed to the future of rural communities.

"USDA is an equal opportunity provider, employer and lender."
To file a complaint of discrimination write USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W.,
Washington, DC 20250-9410 or call (800) 795-3272 (voice) or (202) 720-6382 (TDD).

The NAD Hearing Officer will contact you regarding a time and place for the hearing. You may also request a teleconference hearing in lieu of the face-to-face hearing. At any time before the scheduled hearing you may also request that the Hearing Officer make a decision without a hearing. If you do, the Hearing Officer's decision will be based on the Rural Development file, any written statements or evidence you may provide and any additional information the Hearing Office thinks necessary.

The Federal Equal Credit Opportunity Act prohibits creditors from discrimination against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers compliance with the law concerning this creditor is the Federal Trade Commission. If a person believes he or she was denied assistance in violation of this law, they should contact the Federal Trade Commission, Washington, D.C. 20580.

The Fair Housing Act prohibits discrimination in real estate-related transactions or in the terms and conditions of such a transaction, because of race, color, religion, sex, disability, familial status, or national origin. The federal agency that is responsible for enforcing this law is the U.S. Department of Housing and Urban Development. If a person believes that they have been discriminated against in violation of this law, they should contact the U.S. Department of Housing and Urban Development, Washington, D.C. 20410 or call (800) 669-9777.

Committed to the future of rural communities.

"USDA is an equal opportunity provider, employer and lender."
To file a complaint of discrimination write USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, DC 20250-9410 or call (800) 795-3272 (voice) or (202) 720-6382 (TDD).