UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. |
| PLAINTIFF, | * | |
| | * | |
| VS | * | |
| | | |
| DEER RUN VILLAS, LTD. | * | |

AFFIDAVIT OF AMOUNT DUE

STATE OF FLORIDA
COUNTY OF SANTA ROSA

JoAnn M. Van Hall, BEING FIRST DULY SWORN, on oath deposes and says that she is the Acting Area Director for the Rural Development, Rural Housing Service, formerly, Farmers Home Administration, United States Department of Agriculture; that she is familiar with the account of Deer Run Villas, Ltd.; that she has personal knowledge of the transaction between the Rural Development and Deer Run Villas, Ltd ; that she has legal custody of the official records of said transactions, and that she is competent to testify to the following:

1. DEER RUN VILLAS, Ltd Executed and delivered two (2) Promissory Notes one on June 19, 1984, in the principal amount of Five Hundred Thirty-Five Thousand Seven Hundred Fifty and 00/100 dollars ($535,750.00), payable to The Order of the United States of America, acting through the Rural Development, United States Department of Agriculture. Interest accrued on the said notes at the rate of ten and three quarter percent (10.75%) per annum; and one on November 29, 1994, in the principal amount of Fifty-Four Thousand Six Hundred Twenty and 00/100 dollars ($54,620.00), payable to The Order of the United States of America, acting through the Rural Development, United States Department of Agriculture. Interest accrued on the said note at the rate of six and one half percent (6.50%) per annum.

There are recoverable cost items/note with an outstanding principal balance of Five Thousand Two Hundred and 49/100 dollars ( $ 5,200.49), unpaid interest of Eighteen and 85/100 dollars ( $ 18.85), and interest accrued at three and one quarter percent (3.25%). Rural Development advanced funds to pay delinquent insurance to protect lien position.

There is also unpaid overage due (see 7 CFR 3560.203 © for definition) with a balance of Ninety-Two dollars ($ 92.00) outstanding. No interest is being changed against this unpaid balance.

R

Page 2

2. In order to secure payment of the aforesaid Promissory Notes, Deer Run Villas, Ltd. executed and delivered to the United States of America, Acting Through the Rural Development, United States Department of Agriculture, Real Estate Mortgages encumbering real property situate in Santa Rosa County, Florida. The first Real Estate Mortgage was dated June 19, 1984, and was recorded on June 19, 1984, in the Office of the Clerk of Circuit Court of Santa Rosa County, Florida, in Official Record Book 692, Pages 775-779 AND the second Real Estate Mortgage was dated November 29, 1994, and was recorded on November 29, 1994, also in the Office of the Clerk of Circuit Court of Santa Rosa County, Florida, in Official Record Book 1448, Pages 982-987.

3. The unpaid indebtedness as of June 30, 2012 is $ 546,922.34 principal and $ 13,910.02 interest and that interest continues to accrue at a rate of $ 155.75 per day after August 15, 2012. Therefore, the principal and interest due and owing to the Government is $ 560,030.61 as of August 15, 2012, with interest accruing at a rate of $ 155.75 per day thereafter.

_JoAnn M. Van Hall_
JOANN M. VAN HALL
Acting Area Director, Rural Development
(Formerly, Farmers Home Administration)
United States Department of Agriculture

Sworn to and subscribed Before Me This
6th day of August, 2012

_Julie A. King_
NOTARY PUBLIC

My Commission Expires:

JULIE A. KING
MY COMMISSION #EE013880
EXPIRES: AUG 02, 2014
Bonded through 1st State Insurance

```
SDM1F540-M1FI                    INQUIRE ON LOAN                          07/11/12
OPR ID: S20927                                                            09:26:10
                                                                     AS OF 000000
ST 09  CTY 057  BORR 534706183         PROJ 01 4   LOAN  001  REQ DTE 000000
DEER RUN VILLAS,   LTD.                DEER RUN VILLAS     C/O USDA, RD
-------------------------------------------------------------------------------
LOAN AMOUNT              535,750.00  LOAN CLOSING 061984  LAST ACCRUAL   062512
PAYMENT STATUS             9,278.22  AMORT EFFECT 060185  LAST PAYMENT   020112
NET STATUS                 9,278.22  OBLGN EFFECT 072283  PYMT STATUS DTE 060112
EXTRA PAYMENTS                  .00
FUND CODE   84  20 PPI CDE       ---------CREDITS--------    -----UNPAID BALANCES----
ASSOC CODE  10  BOND CODE        INTEREST      332,169.52    INTEREST       6,951.79
PLAN CODE       LN CLSG CDE 1    PRINCIPAL      46,067.95    PRINCIPAL    489,682.05
INTEREST CREDIT CODE       3     OVERAGE        18,781.30    OVRGE DUE         96.00
NOTE INT RATE     10.75000       OVRGE RA             .00    OCC SRCHG           .00
SBSY INT RATE      .00000        INT RA               .00    LFEES DUE      1,447.45
REPYMT PERIOD        600         PRIN RA              .00    NEXT INT       3,638.9617
AMORT INSTLMT     4824.90        LFEES RA             .00    PRIN DUE         454.08
INT CR INSTLMT        .00        LATE FEES            .00    DELQ INT            .00
SUBSIDY AMT           .00        INT SBSY      1,192,506.31  DELQ PRIN      1,776.35
DAILY SBSY AMT   .000000         PRIN SBSY            .00    DATE FIRST I/ONLY 060185
SBSY NOT APL          .00        OCC SRCHG            .00    DATE FIRST AMORT  070185
NEXT TRAN  _    (1-MENU)         OCC SG RA            .00    PAID CODE         000
```

Handwritten annotations:

50,777.24  (62)
6,951.79  int due
489,682.05  Principal
1,447.45  late fees
96.00  Overage
5025.49  Audit Rental
175.00  Audit Rental
11.34  Attn m/Audit Rental
554,166.36

01

489,682.05 × 10.75 = 52,640.8
489,682.05 ÷ 360 = 146.23/day
52,640.82 ÷ (annual)
(annual) = 155.75/daily new
+ .77 = amount

(62)
(OD) 9.05
146.23 × .77

```
SDM1F540-M1FI                     INQUIRE ON LOAN                       07/11/12
OPR ID: S20927                                                          09:26:33
                                                                 AS OF 000000
ST 09  CTY 057   BORR 534706183        PROJ 01 4    LOAN  002 REQ DTE 000000
DEER RUN VILLAS,    LTD.               DEER RUN VILLAS    C/O USDA, RD
---------------------------------------------------------------------------
LOAN AMOUNT              54,629.86  LOAN CLOSING 112994  LAST ACCRUAL  062512
PAYMENT STATUS              774.26  AMORT EFFECT 120194  LAST PAYMENT  010612
NET STATUS                  774.26  OBLGN EFFECT 042894  PYMT STATUS DTE 060112
EXTRA PAYMENTS                 .00
FUND CODE  84 20 PPI CDE            ---------CREDITS--------  -----UNPAID BALANCES----
ASSOC CODE 10 BOND CODE      INTEREST       19,223.57  INTEREST            588.86
PLAN CODE       LN CLSG CDE 1 PRINCIPAL      4,533.88  PRINCIPAL        50,095.98
INTEREST CREDIT CODE       3 OVERAGE              .00  OVRGE DUE              .00
NOTE INT RATE         6.50000 OVRGE RA            .00  OCC SRCHG              .00
SBSY INT RATE          .00000 INT RA              .00  LFEES DUE            92.40
REPYMT PERIOD             600 PRIN RA             .00  NEXT INT          225.2908
AMORT INSTLMT          308.03 LFEES RA            .00  PRIN DUE            37.48
INT CR INSTLMT            .00 LATE FEES           .00  DELQ INT               .00
SUBSIDY AMT               .00 INT SBSY      40,157.26  DELQ PRIN           147.92
DAILY SBSY AMT       .000000 PRIN SBSY            .00  DATE FIRST I/ONLY
SBSY NOT APL              .00 OCC SRCHG           .00  DATE FIRST AMORT
NEXT TRAN _          (1-MENU) OCC SG RA           .00  PAID CODE              000
```

Handwritten notes:

588.86 Intrest due
50,095.98 Prinpl
92.40 late fees
———
50,777.24  (02)

50,095.98 × 6.50 = 3256.24
3256.24 ÷ 360 = 9.05/daily intrest

```
NITC - RUMBA Mainframe Display
File Edit View Connection Transfer Options Tools Help

 SDM1S530-M1SI                       INQUIRE ON                        07/11/12
 OPR ID: S20927        PROJECT/LOAN-COST ITEM-AUDIT RECEIVABLE         09:20:13
                                                               AS  OF    062512
 ST 09   CTY 057   BORR 534706183       PROJ 01 4           REQ DTE     063012
 DEER RUN VILLAS,   LTD.                DEER RUN VILLAS    C/O USDA, RD
------------------------------------------------------------------------------
                                                   DATE
      LOAN AMT ASC ---------OUTSTANDING BALANCES-------- LAST    PAYMENT    NET
      NBR  CDE CDE  PRINCIPAL    INTEREST    OTHER    ACCRUAL   STATUS   STATUS
      001   A  10   489682.05    10590.75   1543.45   062512   9278.22  9278.22
      002   A  10    50095.98      814.15     92.40   062512    774.26   774.26
      150   U  10     5025.49       11.34       .00   062512   5036.83  5036.83
      151   U  10      175.00         .00       .00   062512    175.00   175.00




 TOTALS:        544978.52                   1635.85           15264.31
                              11416.24                                  15264.31
 CONT ? N                                                         PAGE NBR:   1
 NEXT TRAN  _       SELECT ACTION    (1-MENU  5-PNDG  6-HIST  7-EFCT  8-XREF)
 997089 LNVRB DTE NE RQST  999900 END OF DETAIL INFO
Ready                                Running    ESC  A4    NUMFLD      OVR CAP NUM W 23,13 10:23:02 AM
Start   Inbox Microsoft Outlook   NITC - RUMBA Mainfr...                                    10:23 AM
```

```
NTC - RUMBA Mainframe Display

SDM1L550-M1LI          INQUIRE ON AUDIT RECEIVABLE/COST ITEM              07/11/12
OPR ID: S20927                                                            09:23:41

ST 09   CTY 057   BORR 534706183      PROJ 01 4    LOAN   150
DEER RUN VILLAS,   LTD.               DEER RUN VILLAS    C/O USDA, RD
-------------------------------------------------------------------------------

RECEIVABLE TYPE:           COST ITEM     AMORTIZED:                       N
DATE EFFECTIVE:               053112     PAID CODE:                     000
DATE OF LAST ACCRUAL:         062512     FUND CODE:                      84
DATE OF LAST PAYMENT:         000000     INSTALLMENT AMOUNT:             .00
NOTE INTEREST RATE:          3.25000     REPAYMENT PERIOD:
PAYMENT STATUS:             5,036.83     AMORTIZATION EFFECTIVE DATE: 000000
RECEIVABLE BALANCE:         5,025.49     DATE INSTALLMENT DUE:         000000
ORIGINAL AMOUNT:            5,025.49     PRIN DUE:                       .00
PRINCIPAL CREDIT:               .00      DELQ PRIN:                 5,025.49
INTEREST CREDIT:                .00      -------------COST ITEM-------------
RA PRINCIPAL APPLIED:           .00      COST TYPE CODE:                   4
RA INTEREST APPLIED:            .00      VOUCHER NUMBER:
UNPAID INTEREST:              11.34      ----------AUDIT RECEIVABLE---------
NEXT INTEREST:                  .00      AUDIT CLAIM NUMBER:
                                         WAIVER AMOUNT:                  .00
NEXT TRAN _      SELECT ACTION   (1-MENU  5-PNDG  6-HIST  7-EFCT  8-XREF)
```

Handwritten calculations:

5025.49 / 175 =
5200.49 × 3.25 = 169.02
169.02 ÷ 360 = .47 / daily amt

```
NTC - RUMBA Mainframe Display

SDM1L550-M1LI            INQUIRE ON AUDIT RECEIVABLE/COST ITEM           07/11/12
OPR ID: S20927                                                           09:25:07

ST 09   CTY 057   BORR 534706183      PROJ 01 4    LOAN  151
DEER RUN VILLAS,    LTD.              DEER RUN VILLAS    C/O USDA, RD
---------------------------------------------------------------------------

RECEIVABLE TYPE:            COST ITEM    AMORTIZED:                          N
DATE EFFECTIVE:                062512    PAID CODE:                        000
DATE OF LAST ACCRUAL:          062512    FUND CODE:                         84
DATE OF LAST PAYMENT:          000000    INSTALLMENT AMOUNT:               .00
NOTE INTEREST RATE:           3.25000    REPAYMENT PERIOD:
PAYMENT STATUS:                175.00    AMORTIZATION EFFECTIVE DATE:   000000
RECEIVABLE BALANCE:            175.00    DATE INSTALLMENT DUE:          000000
ORIGINAL AMOUNT:               175.00    PRIN DUE:                         .00
PRINCIPAL CREDIT:                 .00    DELQ PRIN:                     175.00
INTEREST CREDIT:                  .00    --------------COST ITEM--------------
RA PRINCIPAL APPLIED:             .00    COST TYPE CODE:                     4
RA INTEREST APPLIED:              .00    VOUCHER NUMBER:
UNPAID INTEREST:                  .00    ----------AUDIT RECEIVABLE----------
NEXT INTEREST:                    .00    AUDIT CLAIM NUMBER:
                                         WAIVER AMOUNT:                    .00
NEXT TRAN _       SELECT ACTION     (1-MENU  5-PNDG  6-HIST  7-EFCT  8-XREF)
```